| | |
|---|---|
| 1<br>2<br>3<br>4 | Amanda C. Sommerfeld (SBN 185052)<br>asommerfeld@jonesday.com<br>JONES DAY<br>555 South Flower Street, Fiftieth Floor<br>Los Angeles, CA 90071.2300<br>Telephone: +1.213.489.3939<br>Facsimile: +1.213.243.2539 |
| 5<br>6<br>7<br>8 | Don Munro (admitted *pro hac vice*)<br>dmunro@jonesday.com<br>JONES DAY<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. 20001<br>Telephone: +1.202.879.3939<br>Facsimile: +1.202.676.1700 |
| 9<br>10 | Attorneys for Defendant<br>UNION PACIFIC RAILROAD COMPANY |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| RICHARD FOWLER and RICK HOLLIS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation; and DOES 1-50,<br><br>Defendants. | **CLASS ACTION**<br><br>Case No. 5:17-CV-02451-JGB (SPx)<br><br>**PARTIAL FINAL JUDGMENT OF DISMISSAL**<br><br>Complaint filed: November 22, 2017 |

On May 2, 2018, the Court issued an Order granting Defendant Union Pacific Railroad Company's Motion for Judgment on the Pleadings and dismissing with prejudice Counts I, II and IV of the Plaintiffs' First Amended Complaint, as well as those portions of Count V related to or based on Plaintiffs' theory that Defendant was required to provide rest periods. Count III and portions of Count V related to Plaintiffs' claims regarding late payment of wages under California Labor Code § 203 are subject to a proposed settlement agreement, which the parties intend to submit for final approval by the Court. Finding that there is no just cause for delay and that partial final judgment may be entered under Federal Rule of Civil Procedure 54(b):

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that, in accordance with and for the reasons stated in the Court's May 2, 2018 Order, as amended, Final Judgment is entered in favor of Defendant Union Pacific Railroad Company and against Plaintiffs Richard Fowler and Rick Hollis as to Counts I, II, IV of the First Amended Complaint, as well as all those portions of Count V that are not subject to the parties' pending settlement agreement. These claims are dismissed with prejudice. The parties shall bear their own costs.

IT IS SO ORDERED.

Dated: May 21, 2018.

Honorable Jesus G. Bernal
United States District Judge