JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| Richard Fowler; Rick Hollis,<br><br>                              Plaintiffs,<br><br>      v.<br><br>Union Pacific Railroad Co.,<br><br>                              Defendant. | Case No. EDCV 17-02451 JGB (SPx)<br><br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

      Pursuant to the Order filed concurrently herewith, the Motion for Final Approval of Class Action Settlement filed by Plaintiff is GRANTED. Thus, the Court:

      (1)    GRANTS final approval of the Settlement Agreement;

      (2)    AWARDS Class Counsel attorneys' fees in the amount of $28,800;

      (3)    AWARDS Class Counsel costs in the amount of $5,000;

      (4)    AWARDS $3,000 to Plaintiff Hollis;

      (5)    ORDERS the payment of $2,632.50 to the California Labor and Workforce Development Agency;

      (6)    ORDERS the payment of $13,000 to the claims administrator; and

(7) DISMISSES the Complaint WITH PREJUDICE.

Dated: January 8, 2019

_____
THE HONORABLE JESUS G. BERNAL
United States District Judge

cc: Fiscal